Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ___ LODGED
RECEIVED ___ COPY

OCT 2 1 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

)  Case No.    **CV20-02027-PHX-CDB**
)              *(to be filled in by the Clerk's Office)*
Aneta Stanberry-Sproles )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )  Jury Trial: *(check one)*  ☐ Yes  ☐ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
  -v- )
)
)
)
)
See attached )
*Defendant(s)* )  THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
*(Write the full name of each defendant who is being sued. If the* )  TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
*names of all the defendants cannot fit in the space above, please* )  AND IS SUBJECT TO REJECTION BY THE COURT.
*write "see attached" in the space and attach an additional page* )  REFERENCE _LRCVP 5.4_
*with the full list of names.)* )         *(Rule Number/Section)*

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

         Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

         Name              Aneta Stanberry-Sproles
         Street Address    11018 N. 82nd Ave
         City and County   Peoria
         State and Zip Code  Arizona 85345
         Telephone Number  623-340-7036
         E-mail Address    AnetaCaldwell86@gmail.com

   B.    **The Defendant(s)**

         Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

<u>Defendants</u>

Adina Wade
Sherri Krismann
Sean Campbell

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                   Adina Wade

    Job or Title (if known)   DCS Social Worker

    Street Address       1925 W. Pinnacle Peak

    City and County      Phoenix

    State and Zip Code   Arizona 85027

    Telephone Number   623-500-5881

    E-mail Address (if known)  Adina.Wade@azdcs.gov

Defendant No. 2

    Name                   Sherri Krismann

    Job or Title (if known)   DCS Supervisor

    Street Address       1925 W. Pinnacle Peak

    City and County      Phoenix

    State and Zip Code   Arizona 85027

    Telephone Number   623-500-5858

    E-mail Address (if known)  Sherri.Krismann@azdcs.gov

Defendant No. 3

    Name                   Sean Campbell

    Job or Title (if known)   Attorney general/DCS lawyer

    Street Address       2005 N. Central Ave

    City and County      Phoenix

    State and Zip Code   Arizona 85004

    Telephone Number   602-542-4085

    E-mail Address (if known)  Sean.Campbell@azag.gov

Defendant No. 4

    Name

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address (if known)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Many of my Constitutional Rights have been Violated: 4th Amendment, 5th Amendment, 8th Amendment, 6th Amendment; Cease and desist was Violated also

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

            The defendant, *(name)* _____ , is incorporated under

            the laws of the State of *(name)* _____ , and has its

            principal place of business in the State of *(name)* _____ .

            Or is incorporated under the laws of *(foreign nation)* _____ ,

            and has its principal place of business in *(name)* _____ .

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

            The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) Sherri Krismann helped Tiffany Marcum and Adina Wade Defame my character and make false claims in court. Under oath. happened at DCS office and in Juvenile Durango Court.
5/2019-Present

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statement of Claim Continued

2.) AdinA Wade and Sherri Krismann Conspired on 8/23/2020 to Call the employment of myself and disclose private DCS case info And asked for me to be fired which Resulted in loss wages

3.) At Several Court Dates Sherri Krismann, AdinA Wade, And Sean Campbell went into Court under Oath and made False accusations in a Court Case to illegally Keep my 6 children in DCS Custody

4.) On 10/15/2020 Sherri Krisman And Adina Wade harrased myself And my spouse not named in Complaint and Violated a Cease and desist And made Verbal threats to myself Regarding my children And Called me a Danger to children.

5.) On 3/2019 the Department of Child Safety forced their way in my home stole my 6 children And gave them to my mother with whom I have no Relationship With.

6.) On ~~●~~ 9-26-2020 Sherri Krismann And Adina Wade Asked Another DCS Worker to ~~████~~ Bribe others to go against ~~██████~~ me and lie under oath in Court.

7.) On 10/15/2020 Sherri Krismann threatened me on video saying she will severe my parental Rights Just because And that no one can control what her Department Does.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*I want the Judge in this Civil Suit to have my children Released from DCS custody, I want $10,000 for wage loss, emotional trauma*

*I want the Defendants to be punished and held accountable for threats and illegal Acts.*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/17/2020

Signature of Plaintiff

Printed Name of Plaintiff    *Anetta Stanberry-Sproles*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____